1112

No. 93–854. HARMON v. NORTHERN INSURANCE COMPANY OF NEW YORK ET AL. Sup. Ct. Miss. Certiorari denied.

No. 93–855. BANUELOS ET AL. v. DEPARTMENT OF JUSTICE ET AL. C. A. 9th Cir. Certiorari denied.

No. 93–857. JOSSI v. BROWN, SECRETARY OF VETERANS AFFAIRS, ET AL. C. A. 9th Cir. Certiorari denied.

No. 93–861. CHEEK v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 93–863. KREGOS, DBA AMERICAN SPORTS WIRE v. ASSOCIATED PRESS ET AL. C. A. 2d Cir. Certiorari denied.

No. 93–865. BLUE CROSS & BLUE SHIELD OF ALABAMA v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–874. GREWE ET AL. v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–893. LEIKER v. UNITED STATES; ACTON v. UNITED STATES; JACKSON v. UNITED STATES; JOHNSON v. UNITED STATES; MAXWELL v. UNITED STATES; and FRENCH v. UNITED STATES. Ct. Mil. App. Certiorari denied.

No. 93–894. MCLAREN v. UNITED STATES. Ct. Mil. App. Certiorari denied.

No. 93–895. PLUMMER v. SPRINGFIELD TERMINAL RAILWAY CO. C. A. 1st Cir. Certiorari denied.

No. 93–898. GROSNICK v. EMBRIANO. C. A. 1st Cir. Certiorari denied.

No. 93–903. ANSCHUTZ CORP. v. AMOCO ROCMOUNT CO. ET AL. C. A. 10th Cir. Certiorari denied.